IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CINDY J. WILSON and
DAVID-WYNN MILLER,

        JUDGMENT IN A CIVIL CASE

   Plaintiffs,

        17-cv-433-jdp

v.

FARMER'S INSURANCE GROUP-
COMPANY, WISCONSIN FINANCIAL
PERFORMANCE-DUTY-CONTRACT,
OFFICE OF THE CAMMISSIONER OF
INSURANCE, BUREAU OF MARKET
RELATIONS KATHERINE OTTS,
EMAIL: ocicomplaints@wisconsin.gov.
oci.wi.gov and VASSALEES,

   Defendants.

     This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to the sanction order against David Wynn Miller entered in cases 12-cv-798-bbc, 12-cv-799-bbc, 12-cv-814-bbc, 12-cv-821-bbc and 12-cv-822-bbc on December 6, 2012 that any further similarly-styled complaints filed will be deemed dismissed after 30 days unless the court orders otherwise.

   /s/                                                     7/6/2017

   Peter Oppeneer, Clerk of Court                Date